DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEA AIR TOWERS CONDO ASSOC. INC.,**
Appellant,

v.

**PWBC, LLC.,**
Appellee.

No. 4D2025-0638

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062020CA016041AXXXCE.

Gray Richard Proctor, Somerville, N.J., for appellant.

Sarah Elizabeth Lam, Cindy Fernandez, and Keith Jeffrey Lambdin of Agnant & Lambdin, LLC, Fort Lauderdale, and Daniel Adam Bushell of Bushell Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***